No. 534. ESTATE OF PUTNAM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Wm. Dwight Whitney, Robert T. Swaine,* and *George G. Tyler* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Misses Helen R. Carloss* and *Helen Goodner* for respondent.

No. 554. DIZE *v.* MADDRIX. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted limited to question 2 (d) presented by the petition for the writ. *Messrs. Harry Leeward Katz* and *Hyman Ginsberg* for petitioner. *Mr. Paul Berman* for respondent.

No. 431. UNITED STATES *v.* BEUTTAS ET AL., TRADING AS B–W CONSTRUCTION C̓o. November 20, 1944. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for respondents.

No. 559. FEDERAL TRADE COMMISSION *v.* A. E. STALEY MANUFACTURING CO. ET AL. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Charles C. Le Forgee* and *Carl R. Miller* for respondents.

No. 581. COMMISSIONER OF INTERNAL REVENUE *v.* COURT HOLDING CO. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the